Attorney(s)   Bromberg Law Office, P.C.
Index #      **18-CV-3226-ALC**
Purchased/Filed: April 13, 2018
State of New York
Court:      U. S. District
County:     Southern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Alexander Vargas, et al

against

Best Auto Group Inc dba Bronxbestauto.com, et al

Defendant

| STATE OF NEW YORK ) | **DESCRIPTION OF PERSON SERVED:** | Approx. Age: 55 yrs |
|---|---|---|

COUNTY OF ALBANY ) SS
CITY OF ALBANY )

Weight: 120 lbs  Height:  5' 1"   Sex: Female  Color of skin:  White

Hair color:  Brown  Other:

Robert Guyette , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on    April 30, 2018  , at  1:30 PM , at the office of the

Secretary of State of the State of NY located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served
Summons in A Civil Action & Complaint

on

### Best Auto Group Inc dba Bronxbestauto.com

,

the Defendant in this action, by delivering to and leaving with    Nancy Dougherty

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, two (2) true copies  thereof and that at the time of

making such service, deponent paid said Secretary of State a fee of    $40   dollars; That said service

was made pursuant to Section  BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Sworn to before me on this

30th  day of    April 2018

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2019

Robert Guyette

**Invoice·Work Order #** 1812038
Attorney File #  **Vargas**