Attorney(s)    Bromberg Law Office, P.C.
Index #    **18-CV-3226-ALC**
Purchased/Filed: April 13, 2018
State of New York
Court:    U. S. District
County:    Southern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Alexander Vargas et al

against

Best Auto Group Inc dba Bronxbestauto.com et al

Defendant

| STATE OF NEW YORK ) | **DESCRIPTION OF PERSON SERVED:** | Approx. Age: 55 yrs |
|---|---|---|

COUNTY OF ALBANY  ) SS
CITY OF ALBANY    )

Weight: 120 lbs   Height:   5' 1"   Sex: Female   Color of skin: White

Hair color: Brown   Other:

Robert Guyette, being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on   April 30, 2018   , at   1:30 PM  , at the office of the

Secretary of State of the State of NY located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served

Summons in A Civil Action & Complaint

on

**M&T Bank Corporation**

the Defendant in this action, by delivering to and leaving with   Nancy Dougherty

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, two (2) true copies  thereof and that at the time of

making such service, deponent paid said Secretary of State a fee of   $40   dollars; That said service

was made pursuant to Section   BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Sworn to before me on this

30th   day of   April 2018

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2019

Robert Guyette

**Invoice·Work Order #** 1812039
Attorney File #  **Vargas**