```
USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/30/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VARGAS ET AL.

                Plaintiffs,

-against-

BEST AUTO GROUP INC. ET AL.

                Defendants.

18-cv-03226 (ALC)

**ORDER OF REFERENCE**

---

**ANDREW L. CARTER, JR., United States District Judge:**

The above-captioned action is referred to Magistrate Judge Barbara C. Moses for the following purpose[s]:

| | | | |
|---|---|---|---|
| _x_ | **General Pretrial** (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | ___ | Habeas Corpus |
| ___ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: |

**SO ORDERED.**

Dated:     May 30, 2018
          New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**