UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER VARGAS and GLADYS STEPHENSON,<br><br>                    Plaintiffs,<br><br>v.<br><br>BEST AUTO GROUP INC. d/b/a BRONXBESTAUTO.COM and M&T BANK CORPORATION,<br><br>                    Defendants. | Case No.: 1:18-cv-03226-ALC-BCM<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned attorney hereby enters an appearance in the above-captioned case as counsel on behalf of Defendant M&T Bank Corporation and requests that copies of all notices given or required to be given and all papers filed, served or required to be served, in this case be given to and served upon the undersigned at the following address, telephone number, facsimile number, and e-mail address:

> James P. Berg, Esq.
> PARKER IBRAHIM & BERG LLP
> 5 Penn Plaza, Suite 2371
> New York, New York 10001
> Phone: (212) 596-7037
>
> *Please reply to Somerset office*
>
> 270 Davidson Avenue
> Somerset, New Jersey 08873
> Phone: (908) 725-9700
> Fax: (908) 333-6230
> Email: james.berg@piblaw.com

Dated: New York, New York
       June 5, 2018

                                      **PARKER IBRAHIM & BERG LLP**

                            By: */s/ James P. Berg*
                                  James P. Berg, Esq.