UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER VARGAS and GLADYS STEPHENSON,<br><br>             Plaintiffs,<br><br>v.<br><br>BEST AUTO GROUP INC. d/b/a BRONXBESTAUTO.COM and M&T BANK CORPORATION,<br><br>             Defendants. | Case No.: 1:18-cv-03226-ALC-BCM |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT M&T BANK CORPORATION**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned co-counsel for Defendant M&T Bank Corporation discloses that it is a publicly-held corporation and no publicly-held corporation owns more than 10% of its stock.

Dated: New York, New York
        June 5, 2018

                              **PARKER IBRAHIM & BERG LLP**
                              *Attorneys for Defendant,*
                              M&T Bank Corporation

                    By: */s/ James P. Berg*
                          James P. Berg, Esq.
                          Daniel A. Schleifstein, Esq.
                          5 Penn Plaza, Suite 2371
                          New York, New York 10001
                          Phone: (212) 596-7037
                          E-mail: james.berg@piblaw.com
                                    daniel.schleifstein@piblaw.com

                          *Please reply to Somerset address:*

                          270 Davidson Avenue, 5th Floor
                          Somerset, New Jersey 08873
                          Phone: (908) 725-9700