# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER VARGAS and GLADYS STEPHENSON,<br><br>Plaintiffs,<br><br>v.<br><br>BEST AUTO GROUP INC. d/b/a BRONXBESTAUTO.COM and M&T BANK CORPORATION,<br><br>Defendants. | Case No.: 1:18-cv-03226-ALC-BCM<br><br>**CERTIFICATE OF SERVICE** |

I, James P. Berg, hereby certify as follows:

1. I am an attorney-at-law admitted to practice in this Court and a partner of the law firm of Parker Ibrahim & Berg LLP, attorneys for Defendant M&T Bank Corporation ("M&T") in the above-captioned action.

2. On June 5, 2018, I caused to be served M&T's Rule 7.1 Corporate Disclosure Statement via ECF upon all counsel of record.

3. I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false I may be subject to punishment.

Dated: New York, New York
       June 5, 2018

**PARKER IBRAHIM & BERG LLP**

By: */s/ James P. Berg*
    James P. Berg, Esq.

{00602285.DOCX }
3470652.3