# PARKER IBRAHIM & BERG LLP

**MEMO ENDORSED**

Writer's Direct Contact:
908.333.6219 (Tel.)
908.333.6230 (Fax)
james.berg@piblaw.com

www.piblaw.com

June 5, 2018

**VIA ECF & FEDEX**
Hon. Barbara C. Moses, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

> Application GRANTED. M&T shall answer or otherwise respond to the complaint no later than **June 18, 2018**.
> SO ORDERED.
>
> Barbara Moses, U.S.M.J.
> June 6, 2018

Re:   Vargas, et al. v. Best Auto Group Inc, et al.
      **Case No.: 1:18-cv-03226-ALC-BCM**

Dear Judge Moses:

This firm was recently retained to represent Defendant M&T Bank Corporation ("M&T") in the above-referenced matter. As such, I write to respectfully request a brief extension to permit this office to obtain M&T's files so that we may appear and defend its interests in this action.

Immediately upon retention, we reviewed the docket and noted that the Summons Returned Executed states that M&T's pleading in response to the Complaint for Violations of the Truth in Lending Act, and Related Violations of State Statutes and Laws, arising from the Sale of Two Motor Vehicles by Defendant (the "Complaint") of Plaintiffs Alexander Vargas and Gladys Stephenson ("Plaintiffs") was due May 21, 2018. We immediately reached out to counsel for Plaintiffs who consented to M&T's request that this Court extend M&T's time to answer, move, or otherwise respond to the Complaint to June 18, 2018. This is M&T's first request for an extension in this matter, and the parties do not anticipate that the Court's granting of this request will impact any currently scheduled dates in this matter.

We thank the Court for its consideration of this application.

Respectfully submitted,

James P. Berg

cc:   Hon. Andrew L. Carter, Jr., U.S.D.J. (via ECF & E-mail)
      All Counsel of Record (via ECF)

---

New York Office
5 Penn Plaza - 23rd Floor - New York, NY 10001 - 212.596.7037

{00532739.DOCX}

New Jersey Office
270 Davidson Avenue - Somerset, NJ 08873 - 908.725.9700

41058 BOSTON - CHICAGO - NEW JERSEY - NEW YORK - ORANGE COUNTY - PHILADELPHIA