UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER VARGAS and GLADYS STEPHENSON, <br><br> Plaintiffs, <br><br> v. <br><br> BEST AUTO GROUP INC. d/b/a BRONXBESTAUTO.COM and M&T BANK CORPORATION, <br><br> Defendants. | Case No.: 1:18-cv-03226-ALC-BCM <br><br> **CERTIFICATE OF SERVICE** |

I, James P. Berg, hereby certify as follows:

1. I am an attorney-at-law admitted to practice in this Court and a partner of the law firm of Parker Ibrahim & Berg LLP, attorneys for Defendant M&T Bank Corporation ("M&T") in the above-captioned action.

2. On June 18, 2018, I caused to be served M&T's Answer to Plaintiffs' Complaint, via ECF, upon all counsel of record.

3. I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false I may be subject to punishment.

Dated: New York, New York
       June 18, 2018

**PARKER IBRAHIM & BERG LLP**
*Attorneys for Defendant,*
M&T Bank Corporation

By: */s/ James P. Berg*
    James P. Berg, Esq.

{00590505.DOCX }
3470698.2